UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Case #: **1:19-cv-02521-JBW-RER**

CHALAMO KAIKOV

Plaintiff   NOTICE OF APPEARANCE

--against—

ARIHAY KAIKOV, DUSTIN BOWMAN, SHIRYAK,
BOWMAN, ANDERSON, GILL & KADOCHNIKOV
LLP, PACIFIC 2340 CORP., ROYAL
A&K REALTY GROUP INC., A&E.R.E.
MANAGEMENT CORP., NY PRIME HOLDING LLC,
AG REALTY BRONX CORP., JOHN and
JANE DOE 1-19 and XYZ CORPORATION 1-10

Defendants

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court, and hereby appears as Counsel of record for Defendants DUSTIN BOWMAN and SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP in this proceeding and demand that you serve all papers in this proceeding upon the undersigned at the office address stated herein.

Dated: Kew Gardens, New York
       May 21, 2019

/s/ Andreas E. Christou, Esq.
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
*Counsel for Defendants DUSTIN BOWMAN and SHIRYAK,*
*BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-263-6800
achristou@abzlaw.com