

80-02 Kew Gardens Road,
Suite 600
Kew Gardens, NY 11415
Tel  718.263.6800
Fax 718.520.9401
www.SBAGK.com

Alexander Shiryak
Dustin Bowman
Mark Anderson
Navpreet Gill
Alexander Kadochnikov

Btzalel Hirschhorn
Matthew Routh
Andreas E. Christou

May 22, 2019

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States District Court Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

***Re: Chalamo Kaikov v. Arihay Kaikov; Dustin Bowman; Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP; Pacific 2340 Corp.; Royal A&K Realty Group Inc.; A&E.R.E. Management Corp.; NY Prime Holding LLC; AG Realty Bronx Corp.; John and Jane Doe 1-19, and XYZ Corporation 1-10***

Dear Judge Reyes, Jr.:

We represent Defendants Dustin Bowman ("Bowman"); Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP ("SBAGK"); in the above-referenced matter, and write to request an enlargement of Defendants Bowman & SBAGK's time to respond to the Complaint **from June 2, 2019 to and including July 1, 2019.**

Plaintiff has consented to this extension and this is Defendants Bowman & SBAGK's first request for an extension. The requested extension will not affect any other scheduled dates or deadlines. This additional time is needed because the undersigned was just recently retained to represent Defendants Bowman & SBAGK in this case and will need time to investigate the allegations in the pleadings, consult with Defendants Bowman & SBAGK, and to prepare an appropriate response.

We thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Andreas E. Christou, Esq.
Andreas E. Christou, Esq.
*Attorney for Defendants Dustin Bowman and Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP*


cc: All counsel of record (via ECF)