UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
CHALAMO KAIKOV

**Defendant / Respondent:**
ARIHAY KAIKOV, DUSTIN BOWMAN, SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV LLP, PACIFIC 2340 CORP., ROYAL A&K REALTY GROUP INC., A&E.R.E. MANAGEMENT CORP., NY PRIME HOLDING LLC, AG REALTY BRONX CORP., JOHN and JANE DOE 1-19 and XYZ CORPORATION 1-10

**AFFIDAVIT OF SERVICE**

Index No:
1:19-CV-02521-JBW-RER

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022. That on Mon, May 13 2019 AT 04:07 PM AT 80-02 KEW GARDENS ROAD SUITE # 600, FOREST HILLS, NY 11415 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT on DUSTIN BOWMAN

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Isabel J. a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Non-Service:**

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: May 13, 2019, 4:07 pm EDT at Company: 80-02 KEW GARDENS ROAD SUITE # 600, FOREST HILLS, NY 11415 received by Isabel J. (stated she is authorized to accept)
Served upon party authorized to accept.

**Description:**
Age: 30   Ethnicity: African American   Gender: Female   Weight: 170
Height: 5'11"   Hair: Black   Eyes: Brown   Relationship: _____
Other   Isabel J.

Sworn to before me on MAY 24 2019

_MAY 24 2019_

DAINON WARD
2079049

Notary Public

BRIAN B RICKS
NOTARY PUBLIC STATE OF NEW YORK
No. 01RI6383781
Qualified in New York County
My Commission Expires
November 26, 2022

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK         CASE NO: 1:19-CV-02521-JBW-RER
Plaintiff / Petitioner: **CHALAMO KAIKOV**
vs.
Defendant / Respondent: **ARIHAY KAIKOV, DUSTIN BOWMAN, SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV LLP, PACIFIC 2340 CORP., ROYAL A&K REALTY GROUP INC., A&E.R.E. MANAGEMENT CORP., NY PRIME HOLDING LLC, AG REALTY BRONX CORP., JOHN and JANE DOE 1-19 and XYZ CORPORATION 1-10**

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of NY.

That on Mon, May 13 2019 deponent served the within:
**SUMMONS IN A CIVIL ACTION, COMPLAINT** on **DUSTIN BOWMAN** at the address **80-02 KEW GARDENS ROAD SUITE # 600, FOREST HILLS, NY 11415** by enclosing a copy of same in a postpaid wrapped properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within NY. State, Mailed on 05/13/2019 via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING
[ ] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked **"Personal and Confidential"**.

The Certified Mail Receipt Number *(if applicable)* is as follows:
(_____).

Sworn to me on the _____ MAY 2 4 2019 _____

Notary Public - State of New York
No.
Qualified in
Commission Expires:

BRIAN B RICKS
NOTARY PUBLIC STATE OF NEW YORK
No. 01RI6383781
Qualified in New York County
My Commission Expires
November 26, 2022

Nasim Dehghani       MAY 2 4 2019

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022