UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CHALAMO KAIKOV,

                                        Docket No.: 19-CV-2521

                    Plaintiff,

        -against-

ARIHAY KAIKOV, DUSTIN BOWMAN, SHIRYAK,
BOWMAN, ANDERSON, GILL & KADOCHNIKOV      **DECLARATION OF DANIEL**
LLP, PACIFIC 2340 CORP., ROYAL A&K REALTY      **S. HALLAK IN SUPPORT OF**
GROUP INC., A&E.R.E. MANAGEMENT CORP., NY     **DEFENDANTS' MOTION TO**
PRIME HOLDING LLC, AG REALTY BRONX              **DISMISS**
CORP., JOHN and JANE DOE 1-19, and XYZ
CORPORATION 1-10,

                  Defendants.
-------------------------------------------------------------------- X

**DECLARATION OF DANIEL S. HALLAK IN SUPPORT OF DEFENDANTS ARIHAY KAIKOV, PACIFIC 2340 CORP., ROYAL A&K REALTY GROUP INC., A&E.R.E. MANAGEMENT CORP., NY PRIME HOLDING LLC, AND AG REALTY BRONX CORP.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6) AND 9(B)**

      I, Daniel Hallak, an attorney duly admitted to practice law in this Court hereby declares, under penalty of perjury, as follows:

      1.      I am an attorney with The Russell Friedman Law Group, LLP and counsel for Defendants ARIHAY KAIKOV, PACIFIC 2340 CORP., ROYAL A&K REALTY GROUP INC., A&E.R.E. MANAGEMENT CORP., NY PRIME HOLDING LLC, AND AG REALTY BRONX CORP. (hereinafter, collectively referred to as "Moving Defendants") in this case.  I make this declaration based upon my own personal knowledge, review of pertinent documents, and upon information and belief.

      2.      Attached hereto as **Exhibit "A"** is a true and correct copy of the Complaint filed in this Action.

3. Attached hereto as **Exhibit "B"** is a true and accurate copy of the Complaint filed in the Supreme Court of the State of New York, Kings County, entitled *905 Mother Gaston LLC v. Arihay Kaikov, et al.*, Index No. 002163/2018, verified by Plaintiff's son, Khanan Kaikov. (Complaint ¶26).

4. Attached hereto as **Exhibit "C"** is a true and correct copy of the Complaint filed in the Supreme Court of the State of New York, Kings County, entitled *911 Realty Corp. v. Arihay Kaikov et. al.*, Index No. 509105/2019, verified by Plaintiff's son, Khanan Kaikov. (Complaint ¶26).

5. Attached hereto as **Exhibit "D"** is a true and correct copy of the Complaint filed in the Supreme Court of the State of New York, Kings County, entitled *911 Realty Corp. v. Arihay Kaikov et. al.*, Index No. 510586/2019, verified by Plaintiff's son, Khanan Kaikov. (Complaint ¶26).

6. Attached hereto as **Exhibit "E"** is a true and correct copy of the Complaint filed in the Supreme Court of the State of New York, Queens County, entitled *Arihay Kaikov v. Khanan Kaikov*, Index No. 713984/2018, verified by Defendant, Arihay Kaikov.

7. Attached hereto as **Exhibit "F"** is a true and correct copy of the New York State Department of State, Division of Corporation Entity Information regarding co-Defendant SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP (hereinafter, referred to as "SBAGK") stating the Incorporation Date for SBAGK was June 4, 2018.

**WHEREFORE**, due to the arguments set forth in the accompanying memorandum of law, it is respectfully requested that this Court grant Moving Defendants' motion to dismiss the Complaint pursuant to FRCP 12(b)(6) and FRCP 9(b) and deny Plaintiff's request to exercise supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

DH/D222159/FL2805

Dated: Lake Success, New York
      July 29, 2019

                                        /s/ Daniel S. Hallak
                                        Daniel S. Hallak