

THE RUSSELL FRIEDMAN
L A W   G R O U P ,   L L P

CHARLES HORN
PARTNER
DIRECT TEL.: 516.355.9694
DIRECT FAX: 516.355.9695
CHORN@RFRIEDMANLAW.COM

September 13, 2019

**VIA ECF**
Honorable Ramon E. Reyes, Jr., U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Chalamo Kaikov v. Arihay Kaikov, et al.***
              Docket No.: 19-CV-02521; File No.: L2805

Dear Judge Reyes:

      This firm represents Defendants, Arihay Kaikov, Pacific 2340 Corp., Royal A&K Realty Group Inc., A&E.R.E. Management Corp., NY Prime Holding LLC, and AG Realty Bronx Corp. in the above-referenced matter.

      We submit this letter application, with the consent and upon request of all parties, for a sixty (60) day extension of all remaining discovery deadlines.

      We thank the Court for its time and consideration.

                    Respectfully submitted,
                    **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

                    By:        /s/ Charles Horn
                              Charles Horn

cc:    All counsel (via ECF)