

CHARLES HORN
PARTNER
DIRECT TEL.: 516.355.9694
DIRECT FAX: 516.355.9695
CHORN@RFRIEDMANLAW.COM

September 16, 2019

**VIA ECF**
Honorable Jack B. Weinstein, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Ramon E. Reyes, Jr., U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  ***Chalamo Kaikov v. Arihay Kaikov, et al.***
      Docket No.: 19-CV-02521; File No.: L2805

Dear Judge Weinstein and Judge Reyes:

  This firm represents Defendants, Arihay Kaikov, Pacific 2340 Corp., Royal A&K Realty Group Inc., A&E.R.E. Management Corp., NY Prime Holding LLC, and AG Realty Bronx Corp. in the above-referenced matter.

  Please accept this correspondence as a formal request of the following proposed briefing schedule, agreed to by all parties, with regard to Defendants' individual motions for dismissal of Plaintiff's First Amended Complaint, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(b)(6), as follows:

1. Moving Defendants' motions for dismissal are due October 7, 2019;
2. Plaintiff's opposition to motions for dismissal are due November 11, 2019;
3. Moving Defendants' replies are due November 25, 2019; and
4. Filing of all papers via ECF on November 25, 2019.

  The Court's attention to this matter is greatly appreciated. Should you have any questions, please contact your undersigned. Thank you.

             Respectfully submitted,
             **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

         By:   /s/ Charles Horn
             Charles Horn

3000 MARCUS AVENUE, SUITE 2E03, LAKE SUCCESS, NEW YORK 11042
T 516.355.9696 | F 516.355.9697 | RFRIEDMANLAWGROUP.COM



September 16, 2019
Letter re: Briefing Schedule
Page 2

cc: All counsel (via ECF)