UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CHALAMO KAIKOV

**CASE MANAGEMENT PLAN**

Docket Number: 1:19-cv-02521-JBW-RER

Plaintiff,

-against-

ARIHAY KAIKOV, et.al.

Defendant,
----------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by **10/07/19**.

2. No additional parties may be joined after **1/15/2020**.

3. No amendment of the pleadings will be permitted after **1/15/2020**.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **10/30/19**

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before **3/6/2020**.

    (b) rebuttal expert witnesses on or before **4/24/2020**.

    It is Kaikov Defendants' position that this language should read: (a) Plaintiff's expert witnesses on of before 3/6/2020 (b) Defendant's/rebuttal expert witnesses on or before 4/24/2020

6. All discovery, including depositions of experts, shall be completed on or before **5/31/2020** (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)

    ☐ Yes   ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9.   A Telephone Conference set for _____, to be initiated by

☐ Plaintiff   or ☐ Defendant   (Check One).

  * **(The Court will schedule the conference listed above**.)

10.   Status Conference will be held on _____.
  * **(The Court will schedule the conference listed above**)

11. A Final Pre-trial Conference will be held on _____.
   ***(The Court will schedule the conference listed above.)**

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

09/18/2019

_____
**RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

Maria Temkin, Esq.
NAME
Attorney for Plaintiff  Chalamo Kaikov

ADDRESS  1700 Market Street, Suite 1005,
E-mail:     Philadelphia  PA 19103
             maria@temkinlegal.com

Tel.:   (215) 939-4181

Fax:    (215) 914-6975

Andreas Christou, Esq.
NAME
Attorney for Defendant Dustin Bowman, SBAGK, LLP

ADDRESS  80-02 Kew Gardens Road, Suite 600
                                    Kew Gardens, NY 11415
E-mail:  achristou@abzlaw.com

Tel.:   718-263-6800

Fax:

| | |
|---|---|
| NAME: | Charles Horn, Esq. |

Attorney for Defendants ARIHAY KAIKOV, PACIFIC 2340 CORP., ROYALA&K REALTY GROUP INC., A&E.R.E. MANAGEMENT CORP., NY PRIME HOLDING LLC, and AG REALTY BRONX CORP. ADDRESS

| | |
|---|---|
| Address: | 3000 Marcus Avenue, Ste 2E03<br>Lake Success, New York 11042 |
| Email: | chorn@rfriedmanlaw.com |
| Tel: | (516) 355-9696 |
| | |
| NAME: | Alexander Kadochnokov, Esq. |

Attorneys for Defendant SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP

| | |
|---|---|
| Address: | 80-02 Kew Gardens Road, Suite 600<br>Kew Gardens, NY 11415 |
| Email: | akadochnikov@sbagk.com |
| Tel: | (718) 577-3261 |