

**Temkin & Associates**

RD 11/5/19
AmH·

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 05 2019 ★

BROOKLYN OFFICE

MARIA TEMKIN, ESQ
LICENSED IN PENNSYLVANIA AND NEW JERSEY

TEMKIN & ASSOCIATES, LLC
1700 MARKET STREET, SUITE 1005, PHILADELPHIA, PA 19103
PHONE 215-939-4181 | FAX 215-914-6975
MARIA@TEMKINLEGAL.COM | WWW.TEMKINLEGAL.COM

October 21, 2019

*Via ECF Filing*
The Honorable Ramon E. Reyes, Jr.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

HEARING IS SCHEDULED FOR
1/8/20 AT 10:30 a.m.

RE:  *Kaikov v. Kaikov, et. al.*, Case No. 19-cv-2521- JWB-RER
      **Request for Revised Briefing Schedule**

Noted Follow my rules on filing
F+D. So ordered.
Jack B Weinstein
11/4/19

Dear Judge Reyes:

    This firm represents Plaintiff Chalamo Khaikov in the above-referenced matter. I am writing to request an extension of the briefing deadlines regarding Defendants' motions to dismiss Plaintiff's First Amended Complaint. The Court originally approved the parties' then-proposed briefing schedule on September 17, 2019.

    After Defendants timely served two separate motion to dismiss, all parties have agreed to extend the current briefing schedule to allow Plaintiff additional two weeks to file opposition and to accommodate holiday schedule as follows:

- Plaintiff's opposition to Defendants' motions to dismiss is due November 25, 2019;
- Defendants' replies are due December 13, 2019.

    Plaintiff respectfully requests that the Court approves the above schedule. The extension should not affect any other deadlines.

    The parties are also requesting guidance from the Court as to how the motions should be filed. The parties originally proposed that, as provided by Judge Reyes' rules, all papers be filed via ECF once the briefing is completed. Judge Reyes approved the briefing schedule and the parties' proposal. As a result, Defendants served the motions on Plaintiff's counsel but did not file them on the docket. However, motions to dismiss are heard by Judge Weinstein, whose filing rules differ. Therefore, the parties request that the Court clarifies whether it prefers the motions, opposition, and replies be filed as they are due or at the end of the briefing as a complete package.

    We thank the Court for consideration of this matter.

THE HONORABLE RAMON E. REYES, JR.
PAGE 2
OCTOBER 21, 2019

                                Respectfully submitted,

                                */s/ Maria Temkin*
                                Maria Temkin, Esq.
                    For:  TEMKIN & ASSOCIATES, LLC

MT
Cc:    All counsel of record (via ECF System)


WWW.TEMKINLEGAL.COM