UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CHALAMO KAIKOV,

                                              Plaintiff,

                                     -against-

ARIHAY KAIKOV, DUSTIN BOWMAN, SHIRYAK,
BOWMAN, ANDERSON, GILL & KADOCHNIKOV
LLP, PACIFIC 2340 CORP., ROYAL A&K REALTY
GROUP INC., A&E.R.E. MANAGEMENT CORP., NY
PRIME HOLDING LLC, AG REALTY BRONX
CORP., JOHN and JANE DOE 1-19, and XYZ
CORPORATION 1-10,

Docket No.: 19-CV-2521

**NOTICE OF MOTION TO
DISMISS AMENDED
COMPLAINT**
PURSUANT TO F.R.C.P.
12(B)(6) AND 9(B)

                                              Defendants.
------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the Declaration of Daniel S. Hallak, dated October 7, 2019, the accompanying Memorandum of Law dated October 7, 2019, and all the papers and pleadings heretofore had herein, Defendants, Arihay Kaikov, Pacific 2340 Corp., Royal A&K Realty Group, Inc., A&E.R.E. Management Corp., NY Prime Holding, LLC, and AG Realty Bronx Corp. ("Moving Defendants"), shall move this Court before the Honorable Jack B. Weinstein, at the United States District Court, Eastern District of New York, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to FRCP 12(b)(6) and 9(b) dismissing all claims against Moving Defendants with prejudice, together with such other and further relief as to this Court seems just and proper.

Pursuant to the Honorable Magistrate Judge Ramon E. Reyes, Jr.'s Order, dated September 17, 2019 [DE22], Plaintiff's opposition papers, if any, are to be served upon Moving Defendants

on or before November 11, 2019, with any reply to be served by Moving Defendants on or before November 25, 2019.

Dated: Lake Success, New York
       October 7, 2019

                                     **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Attorneys for Defendants, Arihay Kaikov, Pacific 2340 Corp., Royal A&K Realty Group, Inc., A&E.R.E. Management Corp., NY Prime Holding, LLC and AG Realty Bronx Corp.*

By:    /S/Daniel S. Hallak
       Daniel S. Hallak
       3000 Marcus Avenue, Suite 2E03
       Lake Success, New York 11042
       Tel: 516.355.9696

To:
    Maria Temkin, Esq.
    TEMKIN & ASSOCIATES, LLC
    1700 Market Street, Suite 1005
    Philadelphia, Pennsylvania 19103

    Andreas E. Christou, Esq.
    SHIRYAK, BOWMAN, ANDERSON, GILL,
    & KADOCHNIKOV, LLP
    80-02 Kew Gardens Road, Suite 600
    Kew Gardens, New York 11415