| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2018121400681001001EDA9B |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 4

**Document ID:** 2018121400681001    **Document Date:** 12-06-2018    **Preparation Date:** 12-14-2018
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| A.M. TITLE AGENCY INC.<br>80-02 KEW GARDENS ROAD<br>SUITE 600<br>KEW GARDENS, NY 11415<br>718-275-5454<br>AMT-8692 | A.M. TITLE AGENCY INC.<br>80-02 KEW GARDENS ROAD<br>SUITE 600<br>KEW GARDENS, NY 11415<br>718-275-5454<br>AMT-8692 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4078 | 18 | Entire Lot | 567 JEROME STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____Year____ Reel____ Page_____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ROYAL A&K REALTY GROUP INC.<br>65-38 BOOTH STREET APT 2H<br>REGO PARK, NY 11374 | 567 JEROME INC<br>8002 KEW GARDENS RD, STE 600<br>KEW GARDENS, NY 11415 |

**FEES AND TAXES**

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 1,460.07 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 586.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    12-14-2018 16:51
City Register File No.(CRFN):
         2018000413207

*Annette M Hill*

*City Register Official Signature*

**EXHIBIT 3**

Amt - 8692
B. 4078
L. 18

Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

AK THIS INDENTURE, made the 6th day of ~~November~~ December, in the year 2018

BETWEEN

ROYAL A&K REALTY GROUP INC.,
HAVING A BUSINEES AT AN ADDRESS OF 65-38 BOOTH STREET, APT 2H, REGO PARK, NY 11374
party of the first part, and

567 JEROME INC,
HAVING A BUSINEES AT AN ADDRESS OF C/O SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV LLP, 80-02 KEW GARDENS ROAD, STE 600, KEW GARDENS, NY 11415
party of the second part.

**WITNESSETH**, that the party of the first part, in consideration of $146,007.25 (One Hundred Forty-Six Thousand Seven dollars and Twenty-Five Cents) dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

See Attached Schedule "A" attached hereto and made a part of.

FOR INFORMATION ONLY:
Said Premises also known as: 567 JEROME STREET BROOKLYN NY, 11207

**BEING AND INTENDED TO BE THE SAME PREMISES AS CONVEYED TO THE GRANTOR BY DEED DATED 05/30/2013 AND RECORDED ON 06/13/2013 IN CRFN: 2013000234199 IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK.**

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises: TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

ROYAL A&K REALTY GROUP INC. by: Arikay Kaikov, as President

# A.M. TITLE AGENCY, INC.
As Agent for
OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

## SCHEDULE A Description

Title Number: AMT-8692

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Jerome Street, distant 140 feet southerly from the corner formed by the intersection of the southerly side of Dumont Avenue with the easterly side of Jerome Street;

RUNNING THENCE Easterly and parallel with Dumont Street, 100 feet;

THENCE Southerly and parallel with Jerome Street, 20 feet;

THENCE Westerly and part of the way through a party wall, and parallel with Dumont Avenue, 100 feet to the easterly side of Jerome Street;

THENCE Northerly along the easterly side of Jerome Street, 20 feet to the point or place of BEGINNING.

FOR INFORMATION ONLY:

AS SAID PREMISES: 567 Jerome Street, Brooklyn NY 11207.

FOR CONVEYANCING ONLY, IF INTENDED TO BE CONVEYED: TOGETHER WITH ALL RIGHT, TITLE AND INTEREST OF, IN AND TO ANY STREETS, ROADS, OR AVENUES ABUTTING THE ABOVE DESCRIBED PREMISES, TO THE CENTER LINE THEREOF.

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of Nassau ss: | State of New York, County of _____ ss: |
| On the 6TH day of December in the year 2018, before me, the undersigned, *Arihay Kaikov* personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the ___ day of _____ in the year 2018, before me, the undersigned, _____ personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |

*[Signature]*
JELA IVANCEVIC
Notary Public, State of New York
No. 01IV6100152
Qualified in Queens County
Commission Expires October 14, 2019

**NOTARY PUBLIC**

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of _____, ss:
On the ___ day of _____ in the year ___ before me, the undersigned, a Notary Public in and for said State, personally appeared _____, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) _____

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said _____ execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of _____, County of _____, ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the ___ day of in the year 2018, before me the undersigned personally appeared _____
Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

**NOTARY PUBLIC**

DIST:
SEC:
BLOCK: 4078
LOT: 18
COUNTY OF KINGS

## Bargain and Sale Deed

Title No. AMT-8692

FROM

ROYAL A&K REALTY GROUP INC.

TO

567 JEROME INC

RETURN BY MAIL TO:

Mark J. Anderson, Esq.
Shiryak, Bowman, Anderson, Gill & Kadochnikov
80-02 Kew Gardens Road, Ste. 600
Kew Gardens, NY 11415

Case 1:19-cv-02521-JBW-RER   Document 38-6   Filed 12/27/19   Page 5 of 9 PageID #: 637

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2018121400681001001S141A |
|---|---|

| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |
|---|---|

**Document ID:** 2018121400681001   Document Date: 12-06-2018   Preparation Date: 12-14-2018
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2018120600300

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1)  Property receiving service:  BOROUGH: BROOKLYN          BLOCK: 4078          LOT: 18

(2)  Property Address: 567 JEROME STREET, BROOKLYN, NY 11207

(3)  Owner's Name:      567 JEROME INC

     Additional Name:

**Affirmation:**

 Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _567 Jerome Inc_

Signature: _____  Date (mm/dd/yyyy) 12/06/2018

Name and Title of Person Signing for Owner, if applicable: by: Arihay Kaikov, as Pres.

BCS-7CRF-ACRIS  REV. 8/08

2018120600300101

# REAL PROPERTY TRANSFER REPORT
### STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: Month / Day / Year
- C3. Book OR
- C4. Page
- C5. CRFN

## PROPERTY INFORMATION

1. **Property Location**: 567 JEROME STREET, BROOKLYN, 11207
2. **Buyer Name**: 567 JEROME INC
3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
5. **Deed Property Size**: FRONT FEET X DEPTH OR ACRES
6. Ownership Type is Condominium
7. New Construction on Vacant Land
8. **Seller Name**: ROYAL A&K REALTY GROUP INC.

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A. One Family Residential
   - B. ✓ 2 or 3 Family Residential
   - C. Residential Vacant Land
   - D. Non-Residential Vacant Land
   - E. Commercial
   - F. Apartment
   - G. Entertainment / Amusement
   - H. Community Service
   - I. Industrial
   - J. Public Service

## SALE INFORMATION

10. **Sale Contract Date**: 12 / 6 / 2018
11. **Date of Sale / Transfer**: 12 / 6 / 2018
12. **Full Sale Price**: $ 1,460,07

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
   - A. Sale Between Relatives or Former Relatives
   - B. Sale Between Related Companies or Partners in Business
   - C. One of the Buyers is also a Seller
   - D. Buyer or Seller is Government Agency or Lending Institution
   - E. Deed Type not Warranty or Bargain and Sale (Specify Below)
   - F. Sale of Fractional or Less than Fee Interest (Specify Below)
   - G. Significant Change in Property Between Taxable Status and Sale Dates
   - H. Sale of Business is Included in Sale Price
   - I. Other Unusual Factors Affecting Sale Price (Specify Below)
   - J. ✓ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: B 1
16. **Total Assessed Value (of all parcels in transfer)**: 13,912

17. **Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))
    BROOKLYN 4078 18

2018120600300020101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

**BUYER**

BUYER SIGNATURE: *[signed]* by: Arihay Kaikov, as Pres.
DATE: 12/6/18

STREET NUMBER: 8002
STREET NAME (AFTER SALE): KEW GARDENS RD, STE 600

CITY OR TOWN: KEW GARDENS
STATE: NY
ZIP CODE: 11415

**BUYER'S ATTORNEY**

LAST NAME:
FIRST NAME:
AREA CODE:
TELEPHONE NUMBER:

**SELLER**

SELLER SIGNATURE: *[signed]* by: Arihay Kaikov, as Pres.
DATE: 12/6/18

2018120600300201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  } SS.:
County of Nassau

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

567 JEROME STREET
Street Address Unit/Apt.

BROOKLYN          New York,          4078          18          (the "Premises");
Borough                                Block         Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Royal A+K Realty Group Inc.
Name of Grantor (Type or Print)

567 Jerome Inc. by: Arihay Kaikov Pres.
Name of Grantee (Type or Print)

X _____ by: Arihay Kaikov as Pres.
Signature of Grantor

X _____
Signature of Grantee

Sworn to before me this 6th day of December 20 18

JELA IVANCEVIC
Notary Public, State of New York
No. 01IV6100152
Qualified in Queens County
Commission Expires October 14, 2019

Sworn to before me this 6th day of December 20 18

JELA IVANCEVIC
Notary Public, State of New York
No. 01IV6100152
Qualified in Queens County
Commission Expires October 14, 2019

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2018120600300101