At an I.A.S. Trial Term, Part 9 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 26 day of September 2019

P R E S E N T :
Hon. __Silber__
Justice

---

911 Realty Corp   Plaintiff(s)

Cal. No. 70 + 71
Index No. 509105/2019

- against -

Arihay Kaikov
and Royal A+K Realty Group Inc,   Defendant(s)

The following papers numbered 1 to 4 read on this motion | Papers Numbered
Notice of Motion.- Order to Show Cause and Affidavits (Affirmations) Annexed ___ 1, 2
Answering Affidavit (Affirmation) ___ 3
Reply Affidavit (Affirmation) ___ 4
___ Affidavit (Affirmation) ___
Pleadings - Exhibits ___
Stipulations - Minutes ___
Filed Papers ___

After oral argument, Plaintiff's motion to admit pro hac vice is denied as academic. (ms #1)

Defendant's cross motion to dismiss this action pursuant to CPLR 3211(a)(4) is hereby granted (ms#2). Plaintiff has a pending action in federal court.* Additionally, Plaintiff has failed to add a necessary party, Paul Fine, in this action for a declaratory judgment declaring that the deed from Mr. Fine to A Royal should be canceled, and declared void.

For Clerks use only
MG ___
MD ___
Motion Seq. # 1, 2

E N T E R

_(signature)_
J.S.C.
Hon. Debra Silber
Justice Supreme Court

EJV-rev 11-04

The clerk of the court is directed to cancel the Notice of Pendency filed 4/24/19 against Block 4948 Lot 82.

* Kaikov v Kaikov, 19 cv 2521 (USDC, EDNY) regarding, inter alia, this property.

EXHIBIT 9