SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------x
905 MOTHER GASTON LLC,

     Plaintiff,         ***SUMMONS***

  -against-

ARIHAY KAIKOV (A/K/A ARKADY KAIKOV),
AND MOTHER GASTON 905 CORP,

       Index No. 2163-18
       Date Filed: 8-28-18

     Defendants.
-----------------------------------------------------------x

The basis of venue is the location of
real property which is the subject of
action located at:
905 Mother Gaston Blvd
Brooklyn, New York 11212

**TO THE ABOVE NAMED DEFENDANTS:**

  **YOU ARE HEREBY SUMMONDED** to answer the verified complaint in this

action and to serve a copy of your answer on the Plaintiff's attorneys within 20 days after

the service of this summons, exclusive of the day of service of this summons, or within

30 days after service of this summons is complete if this summons is not personally

delivered to you within the State of New York.

  In case of your failure to answer this summons, a judgment by default will be

taken against you for relief demanded in the complaint, together with the costs of this

action.

Dated: Brooklyn, New York
    August 10, 2018

       _____
       CHERNY & PODOLSKY
       Attorneys for Plaintiff
       1723 East 12th Street, 4th Floor
       Brooklyn, NY 11229
       (718) 449-5100

EXHIBIT 11

RECEIVED

AUG 28 2018

KINGS COUNTY CLERKS OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------x
905 MOTHER GASTON LLC,

                                        -Plaintiff-

       -against-

ARIHAY KAIKOV (A/K/A/ ARKADY KAIKOV),
And MOTHER GASTON 905 CORP,

                      Defendants.
-------------------------------------------------------------x

**NOTICE OF PENDENCY**

Index No. 2163/18

Date Filed: 8/28/18

NOTICE IS HEREBY GIVEN that an action has been commenced and is now
pending in this Court upon the complaint of the above-named plaintiff, 905 MOTHER
GASTON, LLC, against the above-named defendants, ARIHAI KAIKOV (A/K/A
ARKADY KAIKOV) and MOTHER GASTON 905 CORP, for a judgment (1) finding
905 MOTHER GASTON LLC a sole and rightful fee owner of the property located at
905 Mother Gaston Boulevard, Brooklyn, NY; (2) impressing a lien as of the date of the
commencement of this action upon said premises to assure the performance of the acts
and things directed or required by the Court to be done by the defendants;  and that the
real property affected thereby is real property,  which, at the commencement of this
action, and at the time of filing of this notice is situated in the City of Brooklyn, County
of Kings, State of New York, and is more particularly described in a deed from The City
of New York, to 905 MOTHER GASTON LLC, dated July 19th, 2018, recorded in the
Kings County Clerk's Office, on August  08, 2018,  as follows:

         BLOCK:       3868              CRFN: 2018000265253

         LOT:         16

         The real property affected by this action which is the subject of the above
mentioned deed, is more particularly described as follows:

                      SCHEDULE "A" IS ATTACHED

TO THE CLERK OF THE COUNTY OF KINGS:

You are hereby directed to index and file this Notice of Pendency against the block and lot numbers described, and against the designated names appearing below:

ARIHAY KAIKOV (A/K/A/ ARKADY KAIKOV AND MOTHER GASTON 905 CORP.

Dated: Brooklyn, New York
　　　　August 27, 2018

CHERNY & PODOLSKY
Attorneys for Plaintiff
1723 East 12th Street, 4th Floor
Brooklyn, NY 11229
(718) 449-5100

TO:　　Arihay Kaikov
　　　　204 Centre Island Road
　　　　Oyster Bay, NY 11771

　　　　Mother Gaston 905 Corp
　　　　C/O Secretary of State

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Mother Gaston Blvd. (formerly Stone Avenue), distant 210 feet southerly from the southeasterly corner of Mother Gaston Blvd and Hegeman Avenue;

RUNNING THENCE easterly parallel with Hegeman Avenue, 100 feet;

THENCE southerly parallel with Mother Gaston Blvd, 25 feet;

THENCE westerly and again parallel parallel with Hegeman Avenue and part of the distance through a party wall, 100 feet to the easterly side of Mother Gaston Blvd;

THENCE northerly along the easterly side of Mother Gaston Blvd., 25 feet to the point or place of BEGINNING.

Said Premises being known as 905 Mother Gaston Boulevard, Brooklyn. New York 11212.

Block: 3868                              Lot: 16

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------x
905 MOTHER GASTON LLC,

                      -Plaintiff-

    -against-

ARIHAY KAIKOV (A/K/A/ ARKADY KAIKOV),
And MOTHER GASTON 905 CORP,


                    Defendants.
-----------------------------------------------------------x

        **NOTICE OF PENDENCY**

        Index No.


        Date Filed: _____

      NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the complaint of the above-named plaintiff, 905 MOTHER GASTON, LLC, against the above-named defendants, ARIHAI KAIKOV (A/K/A ARKADY KAIKOV) and MOTHER GASTON 905 CORP, for a judgment (1) finding 905 MOTHER GASTON LLC a sole and rightful fee owner of the property located at 905 Mother Gaston Boulevard, Brooklyn, NY; (2) impressing a lien as of the date of the commencement of this action upon said premises to assure the performance of the acts and things directed or required by the Court to be done by the defendants; and that the real property affected thereby is real property, which, at the commencement of this action, and at the time of filing of this notice is situated in the City of Brooklyn, County of Kings, State of New York, and is more particularly described in a deed from The City of New York, to 905 MOTHER GASTON LLC, dated July 19th, 2018, recorded in the Kings County Clerk's Office, on August 08, 2018, as follows:

      BLOCK:    3868           CRFN: 2018000265253

      LOT:      16


      The real property affected by this action which is the subject of the above mentioned deed, is more particularly described as follows:


             SCHEDULE "A" IS ATTACHED

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2018080900369001002S291F

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2018080900369001**     Document Date: 08-01-2018     Preparation Date: 08-14-2018
Document Type: CORRECTION DEED

**ASSOCIATED TAX FORM ID:**     2018080100281

**SUPPORTING DOCUMENTS SUBMITTED:**

Page Count

RP - 5217 REAL PROPERTY TRANSFER REPORT

2



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)   Property receiving service: BOROUGH: **BROOKLYN**      BLOCK: **3868**      LOT: **16**

(2)   Property  Address: **905 MOTHER GASTON BLVD, BROOKLYN, NY 11212**

(3)   Owner's Name:      **911 REALTY CORP**

Additional Name:

### Affirmation:

☑   Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

**A.**   Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.**   Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.**  DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way  relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____      8/1/18   Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:      *by: Khanan Kaikov, President*

BCS-7CRF-ACRIS  REV. 8/08

201808010028 1101

FOR CITY USE ONLY

| C1. County Code | | C2. Date Deed Recorded | | | |
|---|---|---|---|---|---|
| | | | Month | Day | Year |

C3. Book OR

C4. Page

C5. CRFN

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

## PROPERTY INFORMATION

**1. Property Location**  905  MOTHER GASTON BLVD  BROOKLYN  11212
  STREET NUMBER   STREET NAME   BOROUGH   ZIP CODE

**2. Buyer Name**  911 REALTY CORP
  LAST NAME / COMPANY   FIRST NAME
  LAST NAME / COMPANY   FIRST NAME

**3. Tax Billing Address**  Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
  LAST NAME / COMPANY   FIRST NAME
  STREET NUMBER AND STREET NAME   CITY OR TOWN   STATE   ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**  1  # of Parcels  OR  ☐ Part of a Parcel

**4A.** Planning Board Approval - N/A for NYC
**4B.** Agricultural District Notice - N/A for NYC

**5. Deed Property Size**  _____ X _____  OR  _____
  FRONT FEET   DEPTH   ACRES

Check the boxes below as they apply:
**6.** Ownership Type is Condominium  ☐
**7.** New Construction on Vacant Land  ☐

**8. Seller Name**  911 REALTY CORP
  LAST NAME / COMPANY   FIRST NAME
  LAST NAME / COMPANY   FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A ☐ One Family Residential | | C ☐ Residential Vacant Land | | E ☐ Commercial | | G ☐ Entertainment / Amusement | | I ☐ Industrial | |
| B ☐ 2 or 3 Family Residential | | D ☐ Non-Residential Vacant Land | | F ☑ Apartment | | H ☐ Community Service | | J ☐ Public Service | |

## SALE INFORMATION

**10. Sale Contract Date**  8 / 1 / 2018
  Month   Day   Year

**11. Date of Sale / Transfer**  8 / 1 / 2018
  Month   Day   Year

**12. Full Sale Price $**  _____ 0

( Full Sale Price is the total amount paid for the property including personal property.
This payment may be in the form of cash, other property or goods, or the assumption of
mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**  _____

**14. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A ☐ | Sale Between Relatives or Former Relatives |
| B ☐ | Sale Between Related Companies or Partners in Business |
| C ☐ | One of the Buyers is also a Seller |
| D ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E ☐ | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F ☐ | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H ☐ | Sale of Business is Included in Sale Price |
| I ☐ | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J ☑ | None |

## ASSESSMENT INFORMATION  -  Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**  C, 3    **16. Total Assessed Value** (of all parcels in transfer)  5,4,5,4,0

**17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional identifier(s) )**

BROOKLYN 3868 16

201808010028120101

**CERTIFICATION**

I certify that all of the Items of Information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | | DATE 8 1 18 | | BUYER'S ATTORNEY | |
| --- | --- | --- | --- | --- | --- |
| BUYER SIGNATURE | | | | LAST NAME | FIRST NAME |
| 204 CENTRE ISLAND | | | | | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | | AREA CODE | TELEPHONE NUMBER |
| | | | | | SELLER |
| OYSTER BAY | | NY | 11771 | | DATE 8 1 18 |
| CITY OR TOWN | | STATE | ZIP CODE | SELLER SIGNATURE | |

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York }

County of _Queens_   SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

905 MOTHER GASTON BLVD , , ,
_____
Street Address Unit/Apt.

_BROOKLYN_   New York, _____ 3868   16   (the "Premises");
Borough              Block   Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

911 Realty Corp                     911 Realty Corp
_____       _____
Name of Grantor (Type or Print)     Name of Grantee (Type or Print)

_____       _____
Signature of Grantor                Signature of Grantee

by: Khanan Kaikov, President        by: Khanan Kaikov, President

Sworn to before me                  Sworn to before me
this _1st_ day of _August_ 20_18_   this _1st_ day of _August_ 20_18_

KELLEE GRANT                        KELLEE GRANT
Notary Public, State of New York    Notary Public, State of New York
No. 01GR6300636                     No. 01GR6300636
Qualified in Queens County          Qualified in Queens County
Commission Expires 04/07/~~2018~~ 2022   Commission Expires 04/07/~~2018~~ 2022

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2018080100281101

**STATE OF NEW YORK COUNTY OF KINGS ss.:**
**VERIFICATION**

**I,** 911 REALTY GROUP**, being duly sworn deposes and says that: I am the Plaintiff
in the within action; I have read the foregoing and I know the contents thereof: the
contents of the foregoing are is true to my own knowledge, except as to those
matters therein stated to be alleged upon information and belief, and as to those
matters I believe them to be true.**

_____
KHANAN KAIKOV

**Sworn to before me on the 10th day
of August, 2018**

_____

**Notary Public**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------x

905 MOTHER GASTON LLC,

                  Plaintiff,           **VERIFIED COMPLAINT**

      -against-

                                   Index No.

ARIHAY KAIKOV (A/K/A ARKADY KAIKOV),
AND MOTHER GASTON 905 CORP,

                Defendants.

-----------------------------------------------------x

      The Plaintiffs, by their attorneys, Cherny & Podolsky PLLC, as and for her complaint, respectfully allege, upon information and belief as follows:

### AS AND FOR THE FIRST CAUSE OF ACTION

      1.      The Plaintiff, 905 MOTHER GASTON, LLC, is incorporated in a State of New York and doing business in County of Kings.

      2.      The Defendant, ARIHAY KAIKOV (A/K/A/ ARKADY KAIKOV) is a resident of the County of Suffolk and the State of New York.

      3.      The Defendant MOTHER GASTON 905, CORP is incorporated in the county of Nassau, State of New York and is doing business in the County of Kings

      4.      On December 9, 2016, the deed to the property located at 905 Mother Gaston Boulevard, Brooklyn, New York 11212 was transferred to 911 REALTY CORPORATION from ROYAL A&K REALTY GROUP INC., for consideration in the amount of $50,000.00.

5.     ROYAL A&K REALTY GROUP INC is owned by the defendant ARIHAY KAIKOV.

6.     The deed was acquired for the purpose of (1) obtaining a short sale, (2) renovating the property, and (3) re-selling the property for a premium.

7.     ARKADY KAIKOV, though not a shareholder of 911 REALTY CORPORATION, agreed to stay on as a project manager for compensation in the amount of $50,000.00, due at the completion of the project.

8.     Simultaneously, there was another real estate transaction at a different property located at 406 East 94th Street, Brooklyn, New York 11212, where the plaintiff, KHANAN KAIKOV, was the primary investor, and ARIHAY KAIKOV was the project manager.

9.     Toward the end of the transaction, ARIHAY KAIKOV, embezzled or fraudulently stole funds in the amount of over $650,000.00 from 911 REALTY CORPORATION.

10.     When ARIHAY KAIKOV was confronted by the plaintiff in regards to the stolen funds, ARIHAY KAIKOV proceeded to file a fraudulent deed transfer of 905 Mother Gaston Boulevard, Brooklyn, New York 11212.

11.     905 MOTHER GASTON LLC, is the sole fee owner of the property located at 905 Mother Gaston Blvd.

12.     Furthermore, 911 REALTY CORPORATION, is solely owned by its only shareholder KHANAN KHAIKOV.

**WHEREFORE,** the Plaintiff demands a judgment

1.) Entering a judgment holding the plaintiff as a sole fee owner of the property located at 905 Mother Gaston Blvd, Brooklyn, Ny Block3868 lot 16

2.) entering a judgment agaist Defendant Arihay Kaikov for a sum not less than $650,000.00

3.) the costs and disbursements of this action, together with such other and further relief as to this Court may deem just and proper.

Dated: Brooklyn, New York
      August 10, 2018

                                   CHERNY & PODOLSKY
                                   Attorneys for Plaintiff
                                   1723 East 12th Street, 4th Floor
                                   Brooklyn, NY 11229
                                   (718) 449-5100

TO:


**ARIHAY KAIKOV**
**204 Centre Island**
**Oyster Bay, NY 11771**

**Mother Gaston 905 Corp**
**C/O Secretary of State**

**STATE OF NEW YORK COUNTY OF KINGS ss.:**
**VERIFICATION**

**I,** 905 Mother Gaston LLC, **being duly sworn deposes and says that: I am the Plaintiff in the within action; I have read the foregoing and I know the contents thereof: the contents of the foregoing are is true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.**

_____

**KHANAN KAIKOV**

**Sworn to before me on the 19th day of August, 2018**

_____

**Notary Public**

Sandy B. Cruz
Commissioner of Deeds
City of New York; No. 4-6750
Cert. Filed in Kings County
Commission Expires Dec. 1, 2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------
905 MOTHER GASTON LLC,

                   Plaintiff,

                                           Index No.:

                  -against-

ARIHAY KAIKOV (A/K/A/ ARKADY KAIKOV),
AND MOTHER GASTON 905 CORP,
                        Defendants.
--------------------------------------------------------------------

-----------------------------------------------------------
**SUMMONS, VERIFIED COMPLAINT AND NOTICE OF PENDENCY**
-------------------------------------------------------

**CHERNY & PODOLSKY, PLLC**
**1723 East 12th Street, 4th Floor**
**Brooklyn, New York 11229**
**(718) 449-5100**