### INVESTMENT PROPERTIES STATUS

| Property | Invested Money[1] | Status | Request to Freeze |
|---|---|---|---|
| **Sold Properties** | | | |
| 567 Jerome Street, Brooklyn | $50,000 for title | Sold without notice to Plaintiff on 11/14/19 | |
| 118-36 219th Street, Jamaica | • $50,000 for title<br>• $85,000 for renovations | Sold without notice to Plaintiff on 4/25/18 | |
| 909 Elton Street, Brooklyn | $50,000 for title | Sold without notice to Plaintiff on 4/19/18 | |
| 243 Buttrick Avenue, Bronx | $50,000 for title | Sold without notice to Plaintiff on 1/31/17 | |
| 406 East 94th Street, Brooklyn | • $50,000 for title<br>• $220,000 for renovations<br>• Numerous other expenses paid from 911 Realty Bank Account<br>• Partial profit of $116,650 stolen by Arihay from TD Bank account | Sold jointly through 911 Realty on 4/19/2018 | |
| **Remaining Properties As to Which Preliminary Injunction Is Sought** | | | |
| 317 East 31st Street, Brooklyn | $50,000 for title | State action dismissed; title contested by third party | Yes, if title returned to D's |
| 844 Herkimer Street, Brooklyn | • $50,000 for title<br>• $70,000 for renovations | State action; motion to dismiss pending | yes |
| 905 Mother Gaston Boulevard, Brooklyn | • $50,000 for title<br>• Numerous expenses paid from 911 Realty Bank Account | State action; motion to dismiss pending | yes |
| 118-26 220th Street, Jamaica | $50,000 for title | unknown | yes |
| 280 West 127th Street, New York | $50,000 for title | unknown | yes |

---

[1] Plaintiff was told by Arihay that the Kaikov Defendants paid $50,000 for titles to each of the 10 properties, i.e. $500,000 of the Investment Funds in total. Plaintiff has no knowledge of the actual amount that Arihay paid for the titles or how, in reality, the Investment Funds were spent.

**EXHIBIT 14**