# Maria Temkin

| | |
|---|---|
| **From:** | Maria Temkin |
| **Sent:** | Tuesday, January 7, 2020 3:07 PM |
| **To:** | Daniel Hallak |
| **Cc:** | Diane Murphy; Charles Horn |
| **Subject:** | RE: Case 1:19-cv-02521-JBW-RER Kaikov v. Kaikov et al  - FW: 905 mother Gaston blvd |

Daniel, I disagree with your assessment. Arihay claimed to my client that  recorded the deed to the 905 Mother Gaston Property to 911 Realty in December 2016. The property was since managed by 911 Realty. If the recording is not correct and supported by the wrong deed, then this is another example of fraud by your client. I will be filing the motion.



**MARIA TEMKIN, ESQ.**

Temkin & Associates, LLC
1700 Market Street, Suite 1005, Philadelphia, PA 19103
phone 215-939-4181  |  fax 215-914-6975
maria@temkinlegal.com  |  www.temkinlegal.com

---

**From:** Daniel Hallak [mailto:dHallak@rfriedmanlaw.com]
**Sent:** Tuesday, January 7, 2020 2:51 PM
**To:** Maria Temkin <maria@temkinlegal.com>
**Cc:** Diane Murphy <dmurphy@rfriedmanlaw.com>; Charles Horn <chorn@rfriedmanlaw.com>
**Subject:** RE: Case 1:19-cv-02521-JBW-RER Kaikov v. Kaikov et al - FW: 905 mother Gaston blvd

Ms. Temkin,

I had the opportunity to review the relevant documents pertaining to your last correspondence.  I am writing this email to avoid unnecessary motion practice.  Specifically, that my review of the ACRIS filings clearly evidences that your clients have no valid claim of ownership to 905 Mother Gaston Blvd. (the "subject property").  Specifically, if you review the chain of deeds you will discover that the valid chain of ownership rests with my client's entity Mother Gaston 905 Corp., not your clients entity 905 Mother Gaston LLC.

If you review your client's alleged chain of title you will discover that your client utilized a deed for a different property to establish their claim of ownership to the subject property.  To help illustrate this I will give you both the valid chain of ownership as well as your client's claimed chain of ownership below.

Valid Chain of Ownership
- The property was originally transferred from Ms. Aurelien to Royal A&K Realty April 18, 2013.

- On July 6, 2018 the subject property was transferred from Royal A&K Realty to Mother Gaston 905 Corp.

Your clients invalid chain of ownership
- The property was originally transferred from Ms. Aurelien to Royal A&K Realty April 18, 2013.
- On December 9, 2016 there is an ACRIS filling on the property **supported by a deed to another property**.  This filing allegedly transfers the property from NY Prime to 911 Realty.
- On July 19, 2018 your client files with ACRIS a deed transfer from 911 Realty to his own entity 905 Mother Gaston LLC
- On August 1, 2018 a correction deed filed by you client.  This filing is signed solely by your client and purports to correct an erroneous past filing.  The purported correction reads as follows:
  > "This is a correction deed to correct the legal description in deed made by Royal A&K Realty Group, Inc. to 911 Realty Corp. dated 12/09/18 recorded 12/19/18 in CRFN 20160000447165 in the office of the Registrar of the City of New York Kings County."

This correction deed is problematic for myriad reasons.  Not the least of which is the simple fact that your client is not, and never has been, an owner of Royal A&K Realty Group and as such has no right to file a correction deed regarding property owned by that entity.

Ms. Temkin it is apparent from the ACRIS filings that the foundation of the emergency application that you have stated you intend to file is without basis in law or fact.  Further, the filing of same would be frivolous based upon the fact that your client does not even possess a colorable claim to the subject property.

If you have any questions, I am more than willing to speak further on this subject, especially if same could avoid unnecessary motion practice with the Court.

Best,
Daniel Hallak



**DANIEL HALLAK**
Associate

dhallak@rfriedmanlaw.com
T  516-355-9628
F  516-355-9660

www.rfriedmanlawgroup.com
3000 Marcus Ave Suite 2E03
Lake Success, NY 11042

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Maria Temkin <maria@temkinlegal.com>
**Sent:** Monday, January 6, 2020 6:50 PM
**To:** Daniel Hallak <dHallak@rfriedmanlaw.com>; Charles Horn <chorn@rfriedmanlaw.com>
**Cc:** Diane Murphy <dmurphy@rfriedmanlaw.com>
**Subject:** RE: Case 1:19-cv-02521-JBW-RER Kaikov v. Kaikov et al - FW: 905 mother Gaston blvd

I will be making a filing if I don't hear from you before 3pm. Please feel free to call me before then.



**MARIA TEMKIN, ESQ.**

**Temkin & Associates, LLC**
1700 Market Street, Suite 1005, Philadelphia, PA 19103
phone 215-939-4181  |  fax 215-914-6975
maria@temkinlegal.com  |  www.temkinlegal.com

**From:** Daniel Hallak [mailto:dHallak@rfriedmanlaw.com]
**Sent:** Monday, January 6, 2020 6:33 PM
**To:** Maria Temkin <maria@temkinlegal.com>; Charles Horn <chorn@rfriedmanlaw.com>
**Cc:** Diane Murphy <dmurphy@rfriedmanlaw.com>
**Subject:** RE: Case 1:19-cv-02521-JBW-RER Kaikov v. Kaikov et al - FW: 905 mother Gaston blvd

Hi Maria:
Unfortunately, I was in federal court in White Plains most of the afternoon without access to my emails. Charles and I are scheduled to speak to the client tomorrow in the early afternoon. Are you available to discuss tomorrow?

Best,
Daniel



**DANIEL HALLAK**
Associate

dhallak@rfriedmanlaw.com             www.rfriedmanlawgroup.com
T  516-355-9628                              3000 Marcus Ave Suite 2E03
F  516-355-9660                                      Lake Success, NY 11042

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Maria Temkin <maria@temkinlegal.com>
**Sent:** Monday, January 6, 2020 11:39 AM
**To:** Charles Horn <chorn@rfriedmanlaw.com>; Daniel Hallak <dHallak@rfriedmanlaw.com>
**Subject:** Case 1:19-cv-02521-JBW-RER Kaikov v. Kaikov et al - FW: 905 mother Gaston blvd

Counsel:

After Plaintiff's motion for preliminary injunction was filed, you client, Mr. Kaikov, reached out to all tenants of the property at 906 Mother Gaston – one of the properties as to which the relief is sought - attempting to make them sign away their leases to his new company. The below email was received from one of the tenants. As you may be aware, before the complaint was filed in this matter, the property was managed and paid for by 911 Realty and Mr. Kaikov fraudulently transferred the title to his newly formed company.

Please let me know by the end of the day whether your client will agree to cease his efforts to interfere with the operations of the building and cease any contact with tenants voluntarily. Otherwise, I will be filing an emergency TRO.

Sincerely,



**MARIA TEMKIN, ESQ.**

**Temkin & Associates, LLC**
1700 Market Street, Suite 1005, Philadelphia, PA 19103
phone 215-939-4181  |  fax 215-914-6975
maria@temkinlegal.com  |  www.temkinlegal.com


---------- Forwarded message ---------
From: **arihay kaikov** <arihayny@gmail.com>
Date: Fri, Jan 3, 2020, 4:02 PM
Subject: Fwd: 905 mother Gaston blvd
To: <galarzamelinda644@gmail.com>


Good afternoon, Melinda!

As per our conversation please see attached deeds to the property and corporate documents for current true owner. As you can clearly see real owner of the property is my company Mother Gaston 905 Corp, the deed to which was transferred from my company Royal A&K Realty

4

Group Inc on 07/06/2018(deed #3). And Royal A&K got this property from original owner Alexandra Aurelien on 04/18/2013(deed #1).

This is the true and correct chain of title.

Also I am attaching you the fraudlent deed that was recorded in between by my nephew Khanan Kaikov. From NY Prime Holding LLC to 911 Realty dated 12/9/2016 (deed#2) . As you can see there is completely different address and company name on on the deed.  It says NY Prime Holding LLC to 911 Realty Corp and the property address is 406 E 94 str, Brooklyn . As you can see from previous deed (deed 1) the owner of 905 mother Gaston Blvd was Royal A&K Realty. NY prime has nothing to do with it and even the address doesn't match.

After that Khanan's fraudulent scheme continues and he is recording another deed to transfer the property to his corporation 905 Mother Gaston LLC on 7/19/2018 (deed #4).

After that he decides to record a "correction deed'' dated 08/01/2018 (deed#5) to correct deed #2. As you can see in the middle of the document it says this is a correction deed to correct property address in transfer from Royal A&K to 911 Realty and Khanan signs for 911 Realty. If there would be any correction to the deed from Royal A&K Realty I, Arihay Kaikov will be the ONLY authorized signee, since I am the sole owner of Royal A&K Realty since the day it was established.

So as you can see from the documents deeds #2 and #4 and #5 are scam.

And my company Mother Gaston 905 Corp is the true owner of the property and a true Landlord.



Please contact me directly if you have any questions