## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2016121500293001002E5430

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 3 |
|---|---|---|
| **Document ID: 2016121500293001** | Document Date: 12-09-2016 | Preparation Date: 12-17-2016 |

Document Type: DEED
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| RICHMOND RECORDING<br>135-10 LIBERTY AVENUE<br>HOLD FOR PICK UP<br>RICHMOND HILL, NY 11419<br>718-323-8080<br>TOM@CITIABSTRACTTITLE.COM | RICHMOND RECORDING<br>135-10 LIBERTY AVENUE<br>HOLD FOR PICK UP<br>RICHMOND HILL, NY 11419<br>718-323-8080<br>TOM@CITIABSTRACTTITLE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3868 | 16 | Entire Lot | 905 MOTHER GASTON BLVD |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

CRFN_____ _or_ DocumentID_____ _or_ _____Year____ Reel____ Page_____ _or_ File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ROYAL A&K REALTY GROUP INC<br>204 CENTRE ISLAND<br>OYSTER BAY, NY 11771 | 911 REALTY CORP<br>204 CENTRE ISLAND<br>OYSTER BAY, NY 11771 |

### FEES AND TAXES

| Mortgage : | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: | |
| Taxable Mortgage Amount: | $ | 0.00 | | $ 250.00 |
| Exemption: | | | NYC Real Property Transfer Tax: | |
| TAXES:   County (Basic): | $ | 0.00 | | $ 0.00 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | | $ 0.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| NYCTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| Additional MRT: | $ | 0.00 | **CITY OF NEW YORK** | |
| TOTAL: | $ | 0.00 | Recorded/Filed    12-19-2016 09:56 | |
| Recording Fee: | $ | 47.00 | City Register File No.(CRFN): | |
| Affidavit Fee: | $ | 0.00 | **2016000447165** | |

*Annette M Hill*

**City Register Official Signature**

EXHIBIT B

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY



**THIS INDENTURE,** made the 9th day of December, Two Thousand and Sixteen (2016)

**BETWEEN**

NY PRIME HOLDING LLC
Having an address at: 204 Centre Island Rd, Oyster Bay NY 11771

party of the first part, and

911 REALTY CORP.
Having an address at: 204 Centre Island Rd, Oyster Bay NY 11771

party of the second part,
**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of East 94th Street, distant 230 feet northerly from the northwesterly corner of Linden Boulevard now known as Willmohr Street and East 94th Street;

RUNNING THENCE westerly parallel with East 94th Street and part of the distance through a party wall, 100 feet;

THENCE northerly parallel with East 94th Street, 24 feet 6 inches;

THENCE easterly again parallel with East 94th Street and part of the distance through a garage party wall, 100 feet to the westerly side of East 94th Street;

THENCE southerly along the westerly side of East 94th Street, 24 feet 6 inches to the point or place of BEGINNING.

SAID PREMISES being known as: 406 East 94th Street, Brooklyn, New York 11212

BLOCK:   4668                    LOT:   32

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;  TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.  The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____

_____
NY PRIME HOLDING LLC
By: Abhay Naiker

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

| | |
|---|---|
| State of New York, County of Queens       ss: | State of New York, County of       ss: |
| On the 2th day of Decmeber  in the year  2016<br>before me, the undersigned, personally appeared | On the       day of       in the year<br>before me, the undersigned, personally appeared |
| *Arthay Kaikov* | |
| personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| *Shabana Hussain* | |
| (signature and office of individual taking acknowledgment) | (signature and office of individual taking acknowledgment) |

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320972
Qualified in Queens County
Commission Expires 03/09/2019

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of _____ ss:

On the _____ day of _____ in the year _____ before me, the undersigned, personally appeared _____

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s)  is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____
(insert the City or other political subdivision)       (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

## Quitclaim Deed

Title No.

NY PRIME HOLDING LLC
**TO**
911 REALTY CORP.

| SECTION | |
|---|---|
| BLOCK | 4668 |
| LOT | 32 |
| COUNTY | KINGS |
| ADDRESS | 406 East 94TH STREET, BROOKLYN, NY 11212 |

Recorded at Request of

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by

RETURN BY MAIL TO:

PC

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2016121500293001002S9AB1

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2016121500293001**   Document Date: 12-09-2016   Preparation Date: 12-17-2016
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2016120800336

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**FOR CITY USE ONLY**

| C1. County Code | | C2. Date Deed Recorded | | | |
|---|---|---|---|---|---|
| | | | Month | Day | Year |

| C3. Book |
|---|
| OR |
| C5. CRFN |

C4. Page

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

**1. Property Location** — 905 | MOTHER GASTON BLVD | BROOKLYN | 11212
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name** — 911 REALTY CORP
LAST NAME / COMPANY | FIRST NAME
LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address** — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed** — 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size** — FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**8. Seller Name** — ROYAL A&K REALTY GROUP INC
LAST NAME / COMPANY | FIRST NAME
LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A | ☐ One Family Residential | C | ☐ Residential Vacant Land | E | ☐ Commercial | G | ☐ Entertainment / Amusement | I | ☐ Industrial |
|---|---|---|---|---|---|---|---|---|---|
| B | ☐ 2 or 3 Family Residential | D | ☐ Non-Residential Vacant Land | F | ✔ Apartment | H | ☐ Community Service | J | ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date** — 12 / 9 / 2016
Month Day Year

**11. Date of Sale / Transfer** — 12 / 9 / 2016
Month Day Year

**12. Full Sale Price** $ 0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A | ☐ Sale Between Relatives or Former Relatives |
| B | ☐ Sale Between Related Companies or Partners in Business |
| C | ☐ One of the Buyers is also a Seller |
| D | ☐ Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F | ☐ Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ Sale of Business is Included in Sale Price |
| I | ☐ Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ✔ None |

## ASSESSMENT INFORMATION  - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** — C 3

**16. Total Assessed Value** (of all parcels in transfer) — 5 0 6 7 9

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional Identifier(s) )

BROOKLYN 3868 16

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
| --- | --- |

**BUYER**                                        **BUYER'S ATTORNEY**

12-9-16

BUYER SIGNATURE                    DATE                    LAST NAME                                        FIRST NAME

204 CENTRE ISLAND

STREET NUMBER          STREET NAME (AFTER SALE)                    AREA CODE          TELEPHONE NUMBER

OYSTER BAY                                        **SELLER**

|          |          |          |          |          |          |
| NY | 11771 |          | 12-9-16 |

CITY OR TOWN          STATE          ZIP CODE          SELLER SIGNATURE                    DATE

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York    )
                    ) SS.:

County of             )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 905 MOTHER GASTON BLVD | | | , | |
|---|---|---|---|---|
| **Street Address** | | | | **Unit/Apt.** |
| **BROOKLYN** | New York, | 3868 | 16 | (the "Premises"); |
| **Borough** | | **Block** | **Lot** | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
|---|---|
| Signature of Grantor | Signature of Grantee |

Sworn to before me
this 9th date of December 20 16

Sworn to before me
this 9th date of December 20 16

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320572
Qualified in Queens County
Commission Expires 03/09/2019

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320572
Qualified in Queens County
Commission Expires 03/09/2019

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2016120800336101



The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY  11373-5108**

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)  Property receiving service: BOROUGH: BROOKLYN          BLOCK: 3868        LOT: 16

(2)  Property Address: 905 MOTHER GASTON BLVD, BROOKLYN, NY 11212

(3)  Owner's Name:      911 REALTY CORP

Additional Name:

### Affirmation:

[✔]  Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

#### Please Note:

A.  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B.  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way  relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____                    Date (mm/dd/yyyy) 12-9-16

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS   REV. 8/08

2016120800336101