**Maria Temkin**

**To:**       Maria Temkin
**Subject:**  RE: 905 mother Gaston blvd

---------- Forwarded message ---------
From: ███████████████████████████
Date: Mon, Jan 6, 2020 at 1:55 AM
Subject: Fwd: 905 mother Gaston blvd
To: <kaikovariel@gmail.com>

---------- Forwarded message ---------
From: **arihay kaikov** <arihayny@gmail.com>
Date: Fri, Jan 3, 2020, 4:02 PM
Subject: Fwd: 905 mother Gaston blvd
To: ███████████████████████████

Good afternoon, Melinda!

As per our conversation please see attached deeds to the property and corporate documents for current true owner. As you can clearly see real owner of the property is my company Mother Gaston 905 Corp, the deed to which was transferred from my company Royal A&K Realty Group Inc on 07/06/2018(deed #3). And Royal A&K got this property from original owner Alexandra Aurelien on 04/18/2013(deed #1).

This is the true and correct chain of title.

Also I am attaching you the fraudlent deed that was recorded in between by my nephew Khanan Kaikov. From NY Prime Holding LLC to 911 Realty dated 12/9/2016 (deed#2) . As you can see there is completely different address and company name on on the deed.  It says NY Prime Holding LLC to 911 Realty Corp and the property address is 406 E 94 str, Brooklyn . As you can see from previous deed (deed 1) the owner of 905 mother Gaston Blvd was Royal A&K Realty. NY prime has nothing to do with it and even the address doesn't match.

After that Khanan's fraudulent scheme continues and he is recording another deed to transfer the property to his corporation 905 Mother Gaston LLC on 7/19/2018 (deed #4).

After that he decides to record a "correction deed'' dated 08/01/2018 (deed#5) to correct deed #2. As you can see in the middle of the document it says this is a correction deed to correct property address in transfer from Royal A&K to 911 Realty and Khanan signs for 911 Realty. If there would be any correction to the deed from Royal A&K Realty I, Arihay Kaikov will be the

1

**EXHIBIT 1**

ONLY authorized signee, since I am the sole owner of Royal A&K Realty since the day it was established.

So as you can see from the documents deeds #2 and #4 and #5 are scam.

And my company [Mother Gaston 905](#) Corp is the true owner of the property and a true Landlord.


Please contact me directly if you have any questions


Deed # 1

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 18th day of April, Two Thousand and Thirteen,

**BETWEEN**

ALEXANDRA AURELIEN

residing at 905 Mother Gaston Boulevard, Brooklyn, New York 11212

party of the first part, and

ROYAL A&K REALTY GROUP INC.

382 I.U. Willets Road, Roslyn Heights, NY 11577

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Mother Gaston Blvd. (formerly Stone Avenue), distant 210 feet southerly from the southeasterly corner of Mother Gaston Blvd and Hegeman Avenue;

RUNNING THENCE easterly parallel with Hegeman Avenue, 100 feet;

THENCE southerly parallel with Mother Gaston Blvd, 25 feet;

THENCE westerly and again parallel parallel with Hegeman Avenue and part of the distance through a party wall, 100 feet to the easterly side of Mother Gaston Blvd;

THENCE northerly along the easterly side of Mother Gaston Blvd., 25 feet to the point or place of BEGINNING.

Said Premises being known as 905 Mother Gaston Boulevard, Brooklyn, New York 11212.

Block: 3868            Lot: 16

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
ALEXANDRA AURELIEN

Standard N.Y.B.T.U. Form 8004 – Quitclaim Deed – Uniform Acknowledgment (single sheet)
Form 2216

## TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE

State of New York, County of Queens    ss:

On the 18 day of April in the year 2013 before me, the undersigned, personally appeared ALEXANDRA AURELIEN personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

**DAVE SURUJNARAIN**
Notary Public, State of New York
No. 01SU6047943
Qualified in Queens County
Commission Expires Sept. 18, 2014

State of New York, County of    ss:

On the day of in the year before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

SEAL

## TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE

State (or District of Columbia, Territory, or Foreign Country) of    ss:

On the day of in the year before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____
(insert the City or other political subdivision)   (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

---

**QUITCLAIM DEED**

Title No.

ALEXANDRA AURELIEN
TO
ROYAL A&K REALTY GROUP INC.

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by

SECTION
BLOCK 3868
LOT 16
COUNTY OR TOWN CITY OF NEW YORK
STREET ADDRESS 905 MOTHER GASTON BOULEVARD, BROOKLYN, NY 11212

Recorded at Request of

RETURN BY MAIL TO:

Deed #2



CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 9th day of December, Two Thousand and Sixteen (2016)

BETWEEN

NY PRIME HOLDING LLC
Having an address at: 204 Centre Island Rd, Oyster Bay NY 11771

party of the first part, and

911 REALTY CORP
Having an address at: 204 Centre Island Rd, Oyster Bay NY 11771

party of the second part,
WITNESSETH, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of East 94th Street, distant 230 feet northerly from the northwesterly corner of Linden Boulevard now known as Wllmohr Street and East 94th Street;

RUNNING THENCE westerly parallel with East 94th Street and part of the distance through a party wall, 100 feet;

THENCE northerly parallel with East 94th Street, 24 feet 6 inches;

THENCE easterly again parallel with East 94th Street and part of the distance through a garage party wall, 100 feet to the westerly side of East 94th Street;

THENCE southerly along the westerly side of East 94th Street, 24 feet 6 inches to the point or place of BEGINNING.

SAID PREMISES being known as: 406 East 94th Street, Brooklyn, New York 11212

BLOCK:   4668                LOT:   32

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.  The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

NY PRIME HOLDING LLC
By: Arihay haikov

Standard N.Y.B.T.U. Form 8004 – Quitclaim Deed – Uniform Acknowledgment (single sheet)
Form 2216

### TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE

State of New York, County of Queens     ss:

On the 9th day of Decmeber in the year 2016 before me, the undersigned, personally appeared

*Arihay Kaikov*

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*Shabana Hussain*
(signature and office of individual taking acknowledgment)

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320572
Qualified in Queens County
Commission Expires 02/08/2019

State of New York, County of _____   ss:

On the ___ day of ___ in the year ___ before me, the undersigned, personally appeared

_____

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

### TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE

State (or District of Columbia, Territory, or Foreign Country) of _____   ss:

On the ___ day of ___ in the year ___ before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____
(insert the City or other political subdivision)   (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

**QUITCLAIM DEED**

Title No.

NY PRIME HOLDING LLC
TO
911 REALTY CORP.

SECTION
BLOCK      4668
LOT        32
COUNTY     KINGS
ADDRESS    406 East 94TH STREET,
           BROOKLYN, NY 11212

Recorded at Request of

RETURN BY MAIL TO:

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by

Deed #3      (Current owner)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the ____ day of July, Two Thousand and Eighteen,

**BETWEEN**

ROYAL A&K REALTY GROUP INC.

204 Centre Island Road, Oyster Bay, NY 11771

party of the first part, and

MOTHER GASTON 905 CORP.

204 Centre Island Road, Oyster Bay, NY 11771

party of the second part,

WITNESSETH, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Mother Gaston Blvd. (formerly Stone Avenue), distant 210 feet southerly from the southeasterly corner of Mother Gaston Blvd and Hegeman Avenue;

RUNNING THENCE easterly parallel with Hegeman Avenue, 100 feet;

THENCE southerly parallel with Mother Gaston Blvd, 25 feet;

THENCE westerly and again parallel parallel with Hegeman Avenue and part of the distance through a party wall, 100 feet to the easterly side of Mother Gaston Blvd;

THENCE northerly along the easterly side of Mother Gaston Blvd., 25 feet to the point or place of BEGINNING.

Said Premises being known as 905 Mother Gaston Boulevard, Brooklyn, New York 11212.

Block: 3868          Lot: 16

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

ROYAL A&K REALTY GROUP INC.
By Avihay Kaikov

Standard N.Y.B.T.U. Form 8004 – Quitclaim Deed – Uniform Acknowledgment (single sheet)
Form 2216

*and that such individual made such appearance before the undersigned in the County of Broward, State of Florida

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

State of ~~New York~~ Florida, County of Broward ss:

On the 6th day of July in the year 2018 before me, the undersigned, personally appeared ARIHAY KAIKO personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)

TRISHA BRITTON
Notary Public - State of Florida
Commission # GG 049545
My Comm. Expires Nov 21, 2020

State of ~~New York~~ Florida, County of Broward ss:

On the 6th day of July in the year 2018 before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Trisha

(signature and office of individual taking acknowledgment)

TRISHA BRITTON
Notary Public - State of Florida
Commission # GG 049545
My Comm. Expires Nov 21, 2020

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of _____ ss:

On the ____ day of July in the year 2018 before me, the undersigned, personally appeared Arihay Kaikov personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the _____ in _____

(insert the City or other political subdivision) (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

**QUITCLAIM DEED**

Title No.

ROYAL A&K REALTY GROUP INC.
TO
MOTHER GASTON 905 CORP.

SECTION
BLOCK 3868
LOT 16
COUNTY OR TOWN CITY OF NEW YORK
STREET ADDRESS 905 Mother Gaston Boulevard, Brooklyn, NY 11212

Recorded at Request of

RETURN BY MAIL TO:

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by

DEED #4 —

**stewart title**

Bargain and Sale Deed, with Covenants against Grantor's Acts – Individual or Corporation.
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 19th day of July, 2018

BETWEEN
911 REALTY CORP., having an address at 204 Centre Island Rd, Oyster Bay, NY 11771, party of the first part, and

905 MOTHER GASTON LLC, having an address at 90 State Street, Ste 700, Office 40, Albany, NY 12207, party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Kings, City and State of New York, bounded and designated as follows:
SEE SCHEDULE HEREIN

PREMISES KNOWN AS: **905 MOTHER GASTON BLVD, BROOKLYN, NY 11212**

Being and intended to be the same premises conveyed to grantor(s) herein by deed from NY PRIME HOLDING LLC dated 12/09/2016 and recorded on 12/19/2016 in CRFN 2016000447165 in the Kings City Register/County Clerk's Office.

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.
AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.
IN PRESENCE OF

Grantor:

911 REALTY CORP.,
BY KHANAN KAIKOV, PRESIDENT

**stewart title**

*Acknowledgment Taken Within New York State (RPL 309(a))*

State of New York         :
                          : ss.:
County of    Kings        :

On the 19th day of July in the year 2018 before me, the undersigned, personally appeared KHANAN KAIKOV, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

JULIA BAUMBLIT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BA6300880
Qualified in Kings County
Commission Expires April 7, 2018 22

**BARGAIN AND SALE DEED WITH COVENANTS**

Grantor: 911 REALTY CORP.
            TO

Grantee:
905 MOTHER GASTON LLC

ADDRESS:
905 MOTHER GASTON BLVD
BROOKLYN, NY 11212

BLOCK:    3868

LOT:      16

COUNTY:   Kings


Record and Return to:

905 MOTHER GASTON LLC
905 MOTHER GASTON BLVD
BROOKLYN, NY 11212

Deed #5

"Correction Deed"

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 1st day of AUGUST, 2018

BETWEEN

911 REALTY CORP
204 CENTRE ISLAND
OYSTER BAY, NY 11771

party of the first part, and

911 REALTY CORP
204 CENTRE ISLAND
OYSTER BAY, NY 11771

party of the second part,
WITNESSETH, that the party of the first part, in consideration of —0—
paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE SCHEDULE A ATTACHED

SAID PREMISES KNOWN AS: 905 MOTHER GASTON BLVD, BROOKLYN, NY 11212

" This is a correction deed to correct the legal description in deed made by ROYAL A&K REALTY GROUP INC to 911 REALTY CORP, dated 12/09/2016 recorded 12/19/2016 in CRFN 2016000447165 in the office of the Register of the City of New York Kings County.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

911 REALTY CORP, by KHANAN KAIKOV, President

Standard N.Y.B.T.U. Form 8004 – Quitclaim Deed – Uniform Acknowledgment (single sheet)
Form 2216

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of Queens , ss: On the 1st day of AUGUST in the year 2018 , before me, the undersigned, personally appeared KHANAN KAIKOV , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. _____ NOTARY PUBLIC  KELLEE GRANT Notary Public, State of New York No. 01GR6300636 Qualified in Queens County Commission Expires 04/07/2018- 2022 | State of New York, County of , ss: On the day of in the year , before me, the undersigned, personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. _____ NOTARY PUBLIC |
| **ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE** | **ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE** |
| State of New York, County of , ss: On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. _____ NOTARY PUBLIC | State of , County of , ss: On the day of in the year , before me, the undersigned personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken). _____ NOTARY PUBLIC |

## Quitclaim Deed

911 REALTY CORP
TO
911 REALTY CORP

Title No.

COUNTY: KINGS
TOWN/CITY: BROOKLYN
PROPERTY ADDRESS: 905 MOTHER GASTON BLVD
BROOKLYN, NY 11212
SECTION:
BLOCK: 3868
LOT: 16

DISTRIBUTED BY
JUDICIAL TITLE
T: 800-281-TITLE   F: 800-FAX-9396

RETURN BY MAIL TO:
911 REALTY CORP
204 CENTRE ISLAND
OYSTER BAY, NY 11771

# ACKNOWLEDGEMENT COPY

# CERTIFICATE OF INCORPORATION
# OF
# MOTHER GASTON 905 CORP.

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

**MOTHER GASTON 905 CORP.**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NASSAU.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

MOTHER GASTON 905 CORP.
204 Centre Island Road
Oyster Bay, NY 11771

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

Arihay Kaikov  (signature)
_____
Arihay  Kaikov, INCORPORATOR
204 Centre Island Road
Oyster Bay, NY 11771

**Filed by:**
Richmond Settlement Services Inc.
127-21 Liberty Avenue
Richmond Hill, NY 11419

**ACKNOWLEDGEMENT COPY**

Page 2 of 2