2:06



905 MG Tenant >

Text Message
Friday 8:57 AM

I would like to know where and who has our security deposit?

Also, what is going on.

We better not be the ones losing out on anything because of you.

This is the email he gave me and his number

He told me you were in jail

To not call you or speak to you

He said he will email me the deeds and documents needed to change addresses

He is on the same line can u answer please

He said he is coming here tomorrow and hes threatening me I feel very scared

EXHIBIT 2