RD 2/6/20
MRR

DATE 2/4/2020

BEFORE JUDGE Weinstein           AT 11:00 A.M. ~~P.M.~~

C/R ~~or ECR~~ H. Driscoll          MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV19-2521

Title: Kaikov vs. Kaikov et al

(Pltff.) (Deft.) _____ motion for TRO, P.I. and to dismiss

Appearances: For Pltff. Maria Temkin

For Deft. Charles How

✓ Case called.   ✓ Parties Sworn   ✓ Evidentiary Hearing Held.

_____ Counsel for all sides present.

_____ Counsel for _____ not present.

_____ Motion argued. _____ Motion Granted _____ Motion Denied.

_____ Decision reserved.

✓ Order to be submitted by Court

_____ Case adjourned to _____ for _____

✓ Other Respectfully referred to the magistrate judge for the reasons stated on the record.