RD 2/7/20

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 0 7 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHALAMO KAIKOV,

                       Plaintiff,

        -against-

ARIHAY KAIKOV, DUSTIN BOWMAN,
ANDERSON, BOWMAN & ZALEWSKI
PLLC, SHIRYAK BOWMAN, ANDERSON,
GILL & KADOCHNIKOV LLP, PACIFIC
2340 CORP., ROYAL A&K REALTY
GROUP INC., A&E.R.E. MANAGEMENT
CORP., NY PRIME HOLDING LLC, AG
REALTY BRONX CORP., JOHN and
JANE DOE 1-19 and XYZ CORPORATION
1-10,

                     Defendants.

**ORDER**

19-CV-2521

---

**JACK B. WEINSTEIN, Senior United States District Judge:**

On February 4, 2020, an extensive hearing on Defendants' motions to dismiss and

Plaintiff's motion for a temporary restraining order ("TRO") and preliminary injunction was

held. For the reasons stated on the record in open court, it is hereby ORDERED:

    1. Law firm defendants Anderson Bowman & Zalewski, PLLC, Dustin Bowman,

       and Shiryak, Bowman, Anderson, Gill & Kadochnikov LLP's motion to

       dismiss is granted. Hr'g Tr. 48:20 – 21. By February 12, 2020, the law firm

       defendants shall file a proposed final judgment with the court. Hr'g Tr. 49:11

       – 17.

    2. Plaintiff's motions for a temporary restraining order and preliminary

       injunction are denied. Hr'g Tr. 36:12 – 37:2. All parties are prohibited from

       the use of threats or harassment by the Russian police, mafia, or any other



intimidation tactics throughout the pendency of the case.  Hr'g Tr. 40:3 –
41:22.

3.  The case is referred to Magistrate Judge Ramon E. Reyes to produce a report
and recommendation on damages, issues of diversity jurisdiction, and the
disposition of the individual and corporate defendants' motion to dismiss.
Hr'g Tr. 28:1 – 9, 29:21 – 30:2, 44:8 – 45:3, 45:22 – 46:2; ECF No. 30.  Any
discovery shall continue under the direction and control of the magistrate
judge.  The magistrate judge is respectfully requested to consider mediation or
arbitration in the first instance.  Hr'g Tr. 48:7 – 48:11.

The court reiterates its recommendation for settlement and commends the magistrate
judge for his efforts.

SO ORDERED.

s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated:  February 7, 2020
        Brooklyn, New York