

**MARIA TEMKIN, ESQ.**
LICENSED IN PENNSYLVANIA AND NEW JERSEY

**TEMKIN & ASSOCIATES, LLC**
1700 MARKET STREET, SUITE 1005, PHILADELPHIA, PA 19103
PHONE 215-939-4181 | FAX 215-914-6975
MARIA@TEMKINLEGAL.COM | WWW.TEMKINLEGAL.COM

June 1, 2020

<u>*Via ECF Filing*</u>
The Honorable Ramon E. Reyes, Jr.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    *Kaikov v. Kaikov, et. al.*, Case No. 19-cv-2521- JWB-RER
             Request to Enter Stipulated Confidentiality Order

Dear Judge Reyes:

    This firm represents Plaintiff Chalamo Kaikov in the above-referenced matter.

    As the parties are engaged in documents discovery pursuant to the Court's order, some documents sought by the parties are of a confidential and/or proprietary nature. The parties have agreed to enter the Stipulated Confidentiality Order to govern production of such documents. The Stipulated Order, signed by both parties is attached for the Court's consideration and approval.

    We thank the Court for consideration of this matter.

                                                   Respectfully submitted,

                                                 */s/ Maria Temkin*
                                                 Maria Temkin, Esq.
                            For:    TEMKIN & ASSOCIATES, LLC

MT
Cc:    All counsel of record (via ECF System)