

| | |
|---|---|
| Alexander Shiryak | Btzalel Hirschhorn |
| Dustin Bowman | Matthew J. Routh |
| Mark Anderson | Andreas E. Christou |
| Navpreet Gill | Nicholas Neocleous |
| Alexander Kadochnikov | Lihua Chen |

August 26, 2020

Clerk's Office
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

**Re: 1:19-cv-02521-LDH-RER Kaikov v. Kaikov et. al.**

To Whom This May Concern:

Please be advised that the undersigned attorney will no longer serve as counsel of record for Defendants Dustin Bowman, Shiryak Bowman Anderson Gill & Kadochnikov, LLP, and Anderson Bowman & Zalewski, PLLC (all terminated parties) due to a change in employment. Another member of this firm, Alex Kadochnikov, Esq., will continue to represent the aforementioned parties.

Therefore, the undersigned respectfully requests his name be removed as counsel of record in this matter. Please do not hesitate to contact the undersigned with any further questions. Thank you.

Best Regards,

*/s/ Andreas E. Christou*
Andreas E. Christou, Esq.