

**MARIA TEMKIN, ESQ.**
LICENSED IN PENNSYLVANIA AND NEW JERSEY

**TEMKIN & ASSOCIATES, LLC**
1700 MARKET STREET, SUITE 1005, PHILADELPHIA, PA 19103
PHONE 215-939-4181 | FAX 215-914-6975
MARIA@TEMKINLEGAL.COM | WWW.TEMKINLEGAL.COM

August 26, 2020

<u>*Via ECF Filing*</u>
The Honorable Ramon E. Reyes, Jr.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   *Kaikov v. Kaikov, et. al.*, Case No. 19-cv-2521- JWB-RER
        Request to Adjourn the September 10, 2020 Conference

Dear Judge Reyes:

The undersigned represents Plaintiff Chalamo Kaikov in the above-referenced matter.

I am writing to request an adjournment of the telephone conference currently scheduled for September 10, 2020 at 10:30 am. The reason for the request is that the undersigned counsel has a family vacation from September 8 – 15, 2020 with limited access to phone or internet. Counsel for all Defendants, Mr. Kadochnikov, does not object to the adjournment but advised that he is not available on September 17-18, 2020.

Therefore, I request that the Court schedule a hearing on September 16, 19, or any day during the week of September 21, 2020.  The adjournment will not affect any other dates.

We thank the Court for consideration of this matter.

                                                                Respectfully submitted,

                                                                */s/ Maria Temkin*
                                                                Maria Temkin, Esq.
                                            For:    TEMKIN & ASSOCIATES, LLC

MT
Cc:    All counsel of record (via ECF System)