UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X Case #: **1:19-cv-02521-JBW-RER**

CHALAMO KAIKOV

Plaintiff

--against—

ARIHAY KAIKOV, DUSTIN BOWMAN, ANDERSON,
BOWMAN & ZALEWSKI, PLLC,
SHIRYAK, BOWMAN, ANDERSON,
GILL & KADOCHNIKOV LLP, PACIFIC 2340
CORP., ROYALA&K REALTY GROUP INC., A&E.R.E.
MANAGEMENT CORP., NY PRIME HOLDING LLC,
AG REALTY BRONX CORP., JOHN and
JANE DOE 1-19 and XYZ CORPORATION 1-10

Defendants

----------------------------------------------------------------------X

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR NON-PARTY TNR RENOVATIONS INC.**

 **PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and upon the annexed declaration of Alexander Kadochnikov, Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP hereby moves for leave to withdraw as counsel for non-party TNR Renovations Inc.

Dated: January 13, 2021
         Kew Gardens, New York

                                                                       */s/ Alexander Kadochnikov, Esq.*
                                                            **Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
                                                                *Counsel for Defendants* and TNR Renovations Inc (non-party)
                                                                             80-02 Kew Gardens Road, Suite 600

Kew Gardens, NY 11415  
718-263-6800  
akadochnikov@sbagk.com

To:    Via email and first class mail  
        TNR Renovation, Inc  
        909 Elton St  
        Brooklyn, NY 11208  

        All counsel of record via ECF