UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X Case #: **1:19-cv-02521-JBW-RER**

CHALAMO KAIKOV

Plaintiff                                                                                  **Declaration of Service**

--against—

ARIHAY KAIKOV, DUSTIN BOWMAN, ANDERSON,
BOWMAN & ZALEWSKI, PLLC,
SHIRYAK, BOWMAN, ANDERSON,
GILL & KADOCHNIKOV LLP, PACIFIC 2340
CORP., ROYALA&K REALTY GROUP INC., A&E.R.E.
MANAGEMENT CORP., NY PRIME HOLDING LLC,
AG REALTY BRONX CORP., JOHN and
JANE DOE 1-19 and XYZ CORPORATION 1-10

Defendants

-----------------------------------------------------------------------X


Alexander Kadochnikov, an attorney duly admitted to practice in this Court, under penalty of perjury, states as follows:

That on January 13, 2021 your affirmant served a true copy of Notice of Motion, and Declaration in Support by placing contents of the same in a care of USPS mail, in a sealed envelope with postage prepaid thereon to the defendant at address set forth below:

TNR Renovations Inc.
909 Elton Street,
Brooklyn, NY 11208

and via email to Tnrenov1@gmail.com

Dated: January 13, 2021
        Kew Gardens, New York


                                                                  */s/ Alexander Kadochnikov, Esq.*
                                        **Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**

*Counsel for Defendants* and TNR Renovations Inc (non-party)
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-263-6800
akadochnikov@sbagk.com