**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**------------------------------------------------------------------X**
**CHALAMO KAIKOV,** **19-cv-2521- LDH-JAM**
**Plaintiff,**

**-against-**

**ARIHAY KAIKOV, et.al.,**

**Defendants,**
**------------------------------------------------------------------X**

**SUGGESTION OF DEATH**

Plaintiff Chalamo Kaikov ("Decedent") passed away on May 3, 2025. Decedent's death record is attached hereto as Exhibit A.

Respectfully submitted,

Dated: August 4, 2025

TEMKIN & ASSOCIATES, LLC

Maria Temkin, Esq. (*pro hac vice*)
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel. (215) 939-4181
maria@temkinlegal.com

*Attorneys for Plaintiff Chalamo Kaikov*

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of August 4, 2025, I served a copy of the foregoing pleading via ECF filing on all parties of record as follows:

Alex Kadochnikov, Esq.
SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
akadochnikov@sbagk.com

*Attorneys for Defendants Arihay Kaikov, Pacific 2340 Corp., Royal A&K Realty Group, Inc., A&E.R.E. Management Corp., NY Prime Holding, LLC and AG Realty Bronx Corp.*

Dated: August 4, 2025

TEMKIN & ASSOCIATES, LLC

________________________________

Maria Temkin, Esq. (*pro hac vice*)
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel. (215) 939-4181
maria@temkinlegal.com

*Attorneys for Plaintiff Chalamo Kaikov*