01257017435

# საქართველო
# გარდაცვალების მოწმობა

N 01257017435

| | | | |
|---|---|---|---|
| 1 | სახელი<br>**ჩალამო** | | |
| 2 | გვარი<br>**კაიკოვი** | | |
| 3 | სქესი<br>**მამრობითი** | | |
| 4 | მოქალაქეობა<br>**რუსეთი** | 5 | პირადი ნომერი |
| 6 | დაბადების თარიღი<br>**17 ივლისი 1965 წელი** | | |
| 7 | დაბადების ადგილი<br>**რუსეთი,** | | |
| 8 | გარდაცვალების თარიღი<br>**3 მაისი 2025 წელი** | | |
| 9 | გარდაცვალების ადგილი<br>**საქართველო, თბილისი** | | |
| 10 | გარდაცვალების რეგისტრაციის თარიღი<br>**3 მაისი 2025 წელი** | 11 | აქტის ჩანაწერი<br>**N 01257006317** |
| 12 | მოწმობის გაცემის თარიღი<br>**4 მაისი 2025 წელი** | | |
| 13 | მოწმობის გამცემი ორგანო<br>**სსგს თბილისის სამოქალაქო რეესტრის სამსახური** | | |

უფლებამოსილი პირი: **ჯაბა შარვაძე**

ხელმოწერილია ან/და შტამპდასმულია ელექტრონულად

საქართველოს იუსტიციის სამინისტრო
სსიპ იუსტიციის სახლი
ელექტრონული დოკუმენტის მატერიალური ასლი
სახელი/გვარი [illegible]
თანამდებობა [illegible]
045 "4" მაისი 20 25წ.
ხელმოწერა

დოკუმენტი არის ელექტრონული. სააგენტოს ვებ გვერდზე (http://sda.gov.ge) შესაძლებელია გადამოწმდეს ინფორმაცია - მოქმედია თუ არა მოწმობა. ამ დოკუმენტის ვებ გვერდიდან (http://sda.gov.ge) ჩამოტვირთვა შესაძლებელია ACT0518414887 ნომრით 1 წლის განმავლობაში.

# APOSTILLE

## (Convention de La Haye du 5 octobre 1961)

1. ქვეყანა/Country: საქართველო/Georgia

მოცემული ოფიციალური დოკუმენტი/This public document

2. ხელმოწერილია: ანი გელაძე

has been signed by: **Ani Geladze**

3. რომლის თანამდებობაც არის/acting in the capacity of: თბილისის ცენტრალური იუსტიციის სახლის სპეციალისტი/**Specialist of Tbilisi Central Public Service Hall**

4. დამტკიცებულია/bears the seal/stamp of: სსიპ იუსტიციის სახლის ბეჭდით/შტამპით / **LEPL Public Service Hall**

დამოწმებულია/Certified

5. ადგილი/at: თბილისი/**Tbilisi**

6. თარიღი/the: **05-05-2025**

7. დამოწმებულია/by: საქართველოს იუსტიციის სამინისტროს სსიპ სახელმწიფო სერვისების განვითარების სააგენტო/**LEPL Public Service Development Agency of the Ministry of Justice of Georgia**

8. N: **497878628899204**

9. ბეჭდის/შტამპის ადგილი/Seal/stamp

10. ხელმოწერა/Signature

E-Register: http://Apostille.cra.ge

MINISTRY OF JUSTICE OF GEORGIA

086

Translated from Georgian to English language
01257017435

GEORGIA

**CERTIFICATE of DEATH** **№ 01257017435**

| | | | |
|---|---|---|---|
| 1 | name<br>**CHALAMO** | | |
| 2 | surname<br>**KAIKOV** | | |
| 3 | Sex<br>**male** | 5 | personal №<br>- |
| 4 | Citizenship<br>**Israel** | | |
| 6 | Date of birth<br>**17 of July, 1965** | | |
| 7 | Place of birth<br>**Russia** | | |
| 8 | Date of death<br>**03 of May 2025** | 11 | Act note<br>**№ 01257006317** |
| 9 | Place of death<br>**Georgia, Tbilisi** | | |
| 10 | Date of death's registration<br>**03 of May 2025** | | |
| 12 | Date of issue<br>**04 of May 2025** | | |
| 13 | Registration place of certificate<br>**Tbilisi Service of Civil Registration Agency LEPL Public Service Development Agency** | | |

Authorized person **Jaba Sharvadze**

SIGNED and SEALED ELECTRONICALLY

**Ministry of Justice of Georgia**
**House of Justice Public Service Development Agency**
MATERIAL COPY OF ELECTRONIC DOCUMENT
name, surname *(signature)* ANI GELADZE
acting in the capacity of *Specialist of Tbilisi Central Public Service Hall*
**045** *04 of May 2025.*
signature *(signature)*

QR-CODE

This document is electronic.
You can check the information on web site of Agency **http//sda.gov.ge** .
You can download the document from site **http//sda.gov.ge** № **ACT 0518414887** in a 1(one) year.

-

APOSTILLE
**(CONVENTION de la HAYE du 5 October 1961)**
**1) country:** ***GEORGIA***
**This public document 2) has been signed by:** ***ANI GELADZE***
**3) acting in the capacity of:**
***SPECIALIST of TBILISI CENTRAL PUBLIC SERVICE HALL***
**4) bears the seal/stamp of:**
***LEPL PUBLIC SERVICE HALL***
**Certified: 5)at** ***TBILISI*** **6)** ***05/05/2025***
**7) by:** ***LEPL Public Service Development Agency of the Ministry of Justice of Georgia***
**8) № 497878628899204**
**9)** seal/stamp **10)** signature */ signed /*

E-Register: htpp://Apostille.cra.ge

The translation from Georgian into English language is correct.

Translated by: M. Melikishvi